## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   GRAWEY, JAMES              §      Case No. 09-00028
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/19/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2011              By:    /s/Glenn R. Heyman
                                             Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRAWEY, JAMES                                     §   Case No. 09-00028
                                                        §
                                                        §
Debtor(s) _____               §   _____

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 65,001.28 |
| *and approved disbursements of* | $ | 44,833.00 |
| *leaving a balance on hand of* [1] | $ | 20,168.28 |

**Balance on hand:**                  $          20,168.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $      20,168.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 5,350.13 | 0.00 | 5,350.13 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,325.50 | 0.00 | 4,325.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 241.50 | 0.00 | 241.50 |

Total to be paid for chapter 7 administration expenses:   $          9,917.13
Remaining balance:                                        $         10,251.15

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,251.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,251.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 248,764.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,789.74 | 0.00 | 485.83 |
| 2 | CONSUMERS ENERGY COMPANY | 356.05 | 0.00 | 14.67 |
| 3 | Roundup Funding, LLC | 15,607.40 | 0.00 | 643.15 |
| 4 | Chase Bank USA NA | 11,623.91 | 0.00 | 479.00 |
| 5 | Chase Bank USA NA | 6,856.87 | 0.00 | 282.56 |
| 6 | Chase Bank USA NA | 7,633.11 | 0.00 | 314.55 |
| 7 | Chase Bank USA NA | 3,662.82 | 0.00 | 150.94 |
| 8 | Chase Bank USA NA | 11,676.87 | 0.00 | 481.18 |
| 9 | Chase Bank USA NA | 8,771.98 | 0.00 | 361.48 |
| 10 | American Express Bank, FSB | 27,512.21 | 0.00 | 1,133.73 |

| 11 | American Express Bank, FSB | 5,240.14 | 0.00 | 215.94 |
| 12 | American Express Bank, FSB | 35,828.94 | 0.00 | 1,476.45 |
| 13 | PRA Receivables Management, LLC,Agt Portfolio Recovery Assoc | 26,501.53 | 0.00 | 1,092.08 |
| 14 | PRA Receivables Management, LLC Agt Portfolio Recovery Assoc | 10,385.80 | 0.00 | 427.98 |
| 15 | Federated Financial Corp of America | 43,301.72 | 0.00 | 1,784.39 |
| 16 | Fia Card Services, NA/Bank of America | 22,015.46 | 0.00 | 907.22 |

Total to be paid for timely general unsecured claims: $ 10,251.15

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By:   /s/GLENN R. HEYMAN
                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-00028-JPC
James Grawey                                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: ccabrales         Page 1 of 3              Date Rcvd: Apr 15, 2011
                            Form ID: pdf006          Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
```
db          +James Grawey,    3454 N. Elaine Place,   Chicago, IL 60657-9518
aty         +Anne I. Shaw,    Shaw Legal Services, Ltd,    540 W. Briar Place, Suite B,   Chicago, IL 60657-4661
aty         +Gifford M Collins,    Shaw Legal Services, Ltd,    540 W. Briar Place, Suite B,
              Chicago, IL 60657-4661
aty         +Glenn R Heyman,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
tr          +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
13024661    +Advanta Bank Corp,    P O Box 15726,   Wilmington De 19850-5726
13024663    +Advocate Illinois Masonic,    P O Box 5043,   Troy Mi 48007-5043,   Physician Group,
              P O Box 5043
13024662    +Advocate Illinois Masonic,    Physician Group,   75 Remittance Dr,   Ste 6994,
              Chicago IL 60675-6994
13493572    +Advocate Medical Center,    22398 Network Place,   Chicago, IL 60673-1223
16536274     American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13493573    +Amex,    POB 981537,   El Paso, TX 79998-1537
13493574    +Amtrust Bank,    1801 E 9th Ste 200,   Cleveland, OH 44114-3103
13493575    +Assoc/citi,    POB 6003,   Hagerstown, MD 21747-6003
13493576    +Assurant Group & Insurance Services Inc,    POB 7706,   Springfield, OH 45501-7706
13024723    +Bac/Fleet-bkcard,    200 Tournament DR,   Horsham Pa 19044-3606
13493577     Bank of America,    4060 Ogletown/stan,   Newark, DE 19713
13024809    +Bank of America Chicago,    Ortho & Spor,   3454 N Elaine Pl,   Chicago IL 60657-9518
13024870    +Bank of America Citi,    P O Box 17054,   P O Box 6241,   Wilmington De 19804-0841
13493579    +Beaumont Reference Lad,    POB 5043,   Troy, MI 48007-5043
13023834    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Wash Mutual/providian,    Po Box 9180,   Pleasanton, CA 94566)
13493580    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court:  Cach LLC,    370 17th St Ste 5000,   Denver, CO 80202)
16249678    +CONSUMERS ENERGY COMPANY,    Attn: Michael G. Wilson,   One Energy Plaza,   Jackson, MI 49201-2357
13493581    +Capital One Bank,    POB 60024,   City of Industry, CA 91716-0024
13493582    +Chase,    800 Brokesedge Blvd,   Westerville, OH 43081-2822
16283239     Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
13024724    +Chicago Anesthesica Ass.,    2334 Momentum Place,   Chicago IL 60689-0001
13493583    +Chicago Ortho & Sports Med,    13728 Collections Center Dr,   Chicago, IL 60693-0137
13493584    +Citi,    POB 6241,   Sioux Falls, SD 57117-6241
13023788    +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13023789    +Comcast Cable,    Po Box 3005,   Southeastern, PA 19398-3005
13023790    +Consumers Energy,    Lansing, MI 48937-0001
13023791    +Countrywide Home Loans,    450 American St,   Simi Valley, CA 93065-6285
13023792    +Covenant Healthcare,    PO Box 3055,   Milwaukee, WI 53201-3055
13023793    +Crittenton Hospital,    1101 W University,   Rochester Hlls, MI 48307-1831
13023794    +Crittenton Hospital,    C/O National City Bank,   9250 Reliable Parkway,   Chicago, IL 60686-0092
13023797    +Emc Mortgage,    800 State Highway 121 By,   Lewisville, TX 75057-4115
13023799    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,    Fifth Third Center,   Cincinnati, OH 45263)
13023802    +++FIRST USA BANK N A,    3 PIEDMONT CTR NE,   ATLANTA GA   30305-4613
             (address filed with court:  First Usa Bank N A,    3565 Piedmont Rd Ne,   Atlanta, GA 30305)
13023798    +Federated Fin Corp Of,    30955 Northwestern Hwy,   Farmington Hills, MI 48334-2580
16574999     Federated Financial Corp of America,    30955 Northwestern Highway,
              Farmington Hills, MI    48334-2580
13023800    +First Usa Bank,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
13023801    +First Usa Bank N A,    1001 Jefferson Plaza,   Wilmington, DE 19801-1493
13023804    +Fst Usa Bk B,    Po Box 8650,   Wilmington, DE 19899-8650
13024801    +Gemb/Mervyns Leasecomm,    P O Box 981400,   El Paso Tx 79998-1400
13024804    +Gemb/bannana,    P O Box 981400,   El Paso Tx 79998-1400
13023808    +Glelsi/us Bank,    2401 International Ln,   Madison, WI 53704-3121
13024808     Grawey James,    1372,   Newark De 19713
13023809    +Heartfelt Homecare,    2159 Avon Industrial Dr,   Rochester Hills, MI 48309-3611
13023810    +Home Coming Funding Ne,    2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911
13023811    +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
13023812    +IL Bone & Joint Institute,    5057 Payshpehere Cir,   Chicago, IL 60674-0001
13493570    +Jerome H Meyer,    640 N Lasalle Ste 605,   Chicago, IL 60654-6735
13493588    +Lease.com,    950 Winter St,   Waltham, MA 02451-1424
13023813    +Lexus Financial Services,    PO Box 4102,   Carol Stream, IL 60197-4102
13023815    +Midwest Diagnostic Path,    75 Remittance Dr Ste 3070,   Chicago, IL 60675-3070
13023816    +National City,    1 National City Pkwy,   Kalamazoo, MI 49009-8003
13023817    +Oakland Cnty Cr Union,    1220 County Center Dr W,   Waterford, MI 48328-1904
16566602    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o 4264280876000663,
              POB 41067,   Norfolk VA 23541-1067
16566604    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Bank Of America,
              POB 41067,   Norfolk VA 23541-1067
13023818    +Peoples United Bank,    850 Main St,   Bridgeport, CT 06604-4904
```

```
District/off: 0752-1          User: ccabrales          Page 2 of 3           Date Rcvd: Apr 15, 2011
                             Form ID: pdf006           Total Noticed: 89
```

```
13023819   +Portfolio Recvry And Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
13023820   +Pulmonary & Critical Care,   441 S Livernois Ste 180,   Rochester Hills, MI 48307-2585
13493587    QUest Diagnostics,   POB 64804,   Baltimore, MD 21284
13493589    Rcvmngcorp,   1814 N Michigan,   Saginaw, MI 48602
13023822   +Rcvmngcorp Waste Management,   1814 N Michigan PO Box 9001797,
            Saginaw, MI 48602 Louisville, KY 40290-1797
13024805   +Rep Jerome H Meyer,   Quest Diagnostics,   640 N LaSalle,   Ste 605,   Chicago, IL 60654-6735
13023823   +Resurrection Health Care,   4588 Paysphere Circle,   Chicago, IL 60674-0001
13023824   +Sears/cbsd,   8725 W Sahara Ave,   The Lakes, NV 89163-0001
13024869   +Shaw Legal Service,   608 W Briar Place,   Chicago IL 60657-4521
13023829   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Co,   19500 Victor Pkwy Ste 40,
            Livonia, MI 48152)
13023826   +Tcf Bank,   444 Cedar St,   Saint Paul, MN 55101-2145
13023827   +Thd/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13023828   +The Home Depot Discover,   Des Moines, IA 50364-0001
13023830   +Verizon Wireless,   PO Box 15062,   Albany, NY 12212-5062
13493591   +Waste Management,   POB 9001797,   Louisville, KY 40290-1797
13023831   +Wellington Radiology,   39006 Treasury Center,   Chicago, IL 60673-0001
13023832   +Wfnnb/express Structur,   Po Box 330064,   Northglenn, CO 80233-8064
13023833   +Wfnnb/service Merch Pr,   Po Box 2974,   Shawnee Mission, KS 66201-1374
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13024660      E-mail/Text: bkr@cardworks.com Apr 15 2011 22:06:23      Advanta Bank Corp,   Bank of America,
              P O Box 8088,   Philadelphia Pa 19101
16233786      E-mail/Text: mrdiscen@discoverfinancial.com Apr 16 2011 00:11:21      Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
13493585     +E-mail/Text: mrdiscen@discoverfinancial.com Apr 16 2011 00:11:21      Discover Fin Svcs LLC,
              POB 15316,   Wilmington, DE 19850-5316
16579514      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:10:08
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
13023803     +E-mail/Text: bankruptcysupport@flagstar.com Apr 15 2011 22:05:48      Flagstar Bank,
              5151 Corporate Dr,   Troy, MI 48098-2639
13023805     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:11      Gemb/old Navy,   Po Box 981400,
              El Paso, TX 79998-1400
13023806     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:09      Gemb/sams Club,   Po Box 981400,
              El Paso, TX 79998-1400
13023807     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:24:41      Gemb/sams Club Dc,   Po Box 981416,
              El Paso, TX 79998-1416
13023814     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 15 2011 22:02:32      Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
16263584      E-mail/PDF: BNCEmails@blinellc.com Apr 16 2011 00:12:28      Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
13023825      E-mail/Text: lsteiner@genisyscu.org Apr 15 2011 22:05:54      T And C Federal Credit U,
              939 S Woodward,   Pontiac, MI 48343
                                                                                          TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Dean Elliott
aty          James Rasor
16536275*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16536276*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16283297*    Chase Bank USA NA,   Po Box 15145,   Wilmington, DE 19850-5145
13493586*   +Federated Fin Corp Of,   30955 Northwestern Hwy,   Farmington Hills, MI 48334-2580
13493571*   +Lexus Financial Services,   POB 4102,   Carol Stream, IL 60197-4102
13493590*   +Thd/cbsd,   POB 6497,   Sioux Falls, SD 57117-6497
13493578    ##+Bank of America,   POB 15726,   Wilmington, DE 19850-5726
13024800    ##+Dte Energy Gemb,   3200 Hobson St,   Detroit Mi 48201-2927
                                                                            TOTALS: 2, * 6, ## 2
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

District/off: 0752-1          User: ccabrales          Page 3 of 3          Date Rcvd: Apr 15, 2011
                             Form ID: pdf006          Total Noticed: 89

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**          **Signature:**