**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: GRAWEY, JAMES                          § Case No. 09-00028
                                              §
                                              §
                                              §
Debtor(s)                                     §

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                         Assets Exempt:  $6,440.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,251.43      Claims Discharged
                                                 Without Payment: $674,187.73

Total Expenses of Administration: $35,750.13

---

   3) Total gross receipts of $   65,001.56   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   19,000.00   (see **Exhibit 2**), yielded net receipts of $46,001.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,750.13 | 35,750.13 | 35,750.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 667,291.39 | 248,764.55 | 248,764.55 | 10,251.43 |
| **TOTAL DISBURSEMENTS** | $667,291.39 | $284,514.68 | $284,514.68 | $46,001.56 |

4) This case was originally filed under Chapter 7 on January 02, 2009. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2011   By: /s/GLENN R. HEYMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1242-000 | 65,000.00 |
| Interest Income | 1270-000 | 1.56 |
| **TOTAL GROSS RECEIPTS** | | **$65,001.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James Grawey | Personal Injury Exemption | 8100-002 | 19,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,000.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 5,350.13 | 5,350.13 | 5,350.13 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,325.50 | 4,325.50 | 4,325.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 241.50 | 241.50 | 241.50 |
| Dean Elliott and James Rasor | 3210-600 | N/A | 19,594.88 | 19,594.88 | 19,594.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Dean Elliott and James Rasor | 3220-610 | N/A | 6,209.47 | 6,209.47 | 6,209.47 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 28.65 | 28.65 | 28.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 35,750.13 | 35,750.13 | 35,750.13 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,789.00 | 11,789.74 | 11,789.74 | 485.85 |
| 2 | CONSUMERS ENERGY COMPANY | 7100-000 | 356.05 | 356.05 | 356.05 | 14.67 |
| 3 | Roundup Funding, LLC | 7100-000 | 15,607.00 | 15,607.40 | 15,607.40 | 643.17 |
| 4 | Chase Bank USA NA | 7100-000 | 11,623.00 | 11,623.91 | 11,623.91 | 479.01 |
| 5 | Chase Bank USA NA | 7100-000 | 6,856.00 | 6,856.87 | 6,856.87 | 282.57 |
| 6 | Chase Bank USA NA | 7100-000 | 7,633.00 | 7,633.11 | 7,633.11 | 314.56 |
| 7 | Chase Bank USA NA | 7100-000 | 3,662.00 | 3,662.82 | 3,662.82 | 150.94 |
| 8 | Chase Bank USA NA | 7100-000 | 11,676.00 | 11,676.87 | 11,676.87 | 481.20 |
| 9 | Chase Bank USA NA | 7100-000 | 8,771.00 | 8,771.98 | 8,771.98 | 361.49 |
| 10 | American Express Bank, FSB | 7100-000 | 27,512.00 | 27,512.21 | 27,512.21 | 1,133.76 |
| 11 | American Express Bank, FSB | 7100-000 | 5,240.00 | 5,240.14 | 5,240.14 | 215.94 |
| 12 | American Express Bank, FSB | 7100-000 | 35,828.00 | 35,828.94 | 35,828.94 | 1,476.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | PRA Receivables Management, LLC,Agt Portfolio Recovery | 7100-000 | 26,966.00 | 26,501.53 | 26,501.53 | 1,092.11 |
| 14 | PRA Receivables Management, LLC Agt Portfolio Recovery | 7100-000 | unknown | 10,385.80 | 10,385.80 | 427.99 |
| 15 | Federated Financial Corp of America | 7100-000 | 35,879.73 | 43,301.72 | 43,301.72 | 1,784.44 |
| 16 | Fia Card Services, NA/Bank of America | 7100-000 | 22,218.00 | 22,015.46 | 22,015.46 | 907.24 |
| NOTFILED | Hsbc Bank | 7100-000 | 527.00 | N/A | N/A | 0.00 |
| NOTFILED | Heartfelt Homecare | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Bone & Joint Institute | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Path | 7100-000 | 308.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Sams Club Dc | 7100-000 | 7,088.08 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Path | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding LLC | 7100-000 | 7,639.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Sams Club | 7100-000 | 3,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Crittenton Hospital | 7100-000 | 118.10 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 33.92 | N/A | N/A | 0.00 |
| NOTFILED | Covenant Healthcare | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Crittenton Hospital | 7100-000 | 879.74 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svcs LLC | 7100-000 | 6,516.00 | N/A | N/A | 0.00 |
| NOTFILED | Crittenton Hospital | 7100-000 | 2,293.24 | N/A | N/A | 0.00 |
| NOTFILED | Federated Fin Corp of | 7100-000 | 35,765.00 | N/A | N/A | 0.00 |
| NOTFILED | Dte Energy | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage | 7100-000 | 180,138.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakland County Cr Union | 7100-000 | 1,393.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 285.70 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 1,452.75 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Co. | 7100-000 | 12,345.00 | N/A | N/A | 0.00 |
| NOTFILED | River North Anesthesia | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wash Mutual/providian | 7100-000 | 2,535.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 389.55 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology | 7100-000 | 297.75 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 22.62 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot Discover | 7100-000 | 11,650.16 | N/A | N/A | 0.00 |
| NOTFILED | River North Same Day Surgery | 7100-000 | 1,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/cbsd | 7100-000 | 11,648.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage, Inc. | 7100-000 | 43,759.00 | N/A | N/A | 0.00 |
| NOTFILED | Pulmonary & Critical Care | 7100-000 | 2.85 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Rcvmngcorp | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 3,004.50 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 1,365.50 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 548.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 573.76 | N/A | N/A | 0.00 |
| NOTFILED | Oakland County Cr Union | 7100-000 | 5,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Anesthesiology Pain | 7100-000 | 18.41 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Illinois Masonic Medical Center | 7100-000 | 555.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Healthcare | 7100-000 | 103.50 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Illinois Masonic Physician Group | 7100-000 | 95.20 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Illinois Masonic Physician Group | 7100-000 | 617.36 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 11,324.84 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 7,502.33 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Anesthesia Associates | 7100-000 | 1,456.72 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Anesthesiology Pain | 7100-000 | 1,935.37 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Anesthesia Associates | 7100-000 | 693.35 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Ortho & Sports Medicine | 7100-000 | 303.00 | N/A | N/A | 0.00 |
| NOTFILED | Beaumont Reference Lab | 7100-000 | 224.28 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 21,740.27 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,392.33 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Center | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Center | 7100-000 | 1,411.50 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Center | 7100-000 | 1,054.00 | N/A | N/A | 0.00 |
| NOTFILED | Assurant Group & Insurance Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ameriprise | 7100-000 | 37.28 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 10,388.65 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 13,027.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 667,291.39 | 248,764.55 | 248,764.55 | 10,251.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-00028  
Case Name: GRAWEY, JAMES  
Period Ending: 08/19/11

Trustee: (330360) GLENN R. HEYMAN  
Filed (f) or Converted (c): 01/02/09 (f)  
§341(a) Meeting Date: 02/10/09  
Claims Bar Date: 12/30/10

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bedroom Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Computer equiptment | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Kitchen Appliances | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Living Room Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Stereos and radios | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Stove/Microwave | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Television | 300.00 | 0.00 | | 0.00 | FA |
| 8 | VCR | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Paintings/art antiques, stamp, coin, record, tap | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Yard tools and other hobby equipment. | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Raymond Jones - IRA | 3,500.00 | 0.00 | | 0.00 | FA |
| 14 | Personal injury claim (u) | Unknown | Unknown | | 65,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.56 | FA |
| 15 | Assets Totals (Excluding unknown values) | $6,440.00 | $0.00 | | $65,001.56 | $0.00 |

**Major Activities Affecting Case Closing:**

02/27: PI special counsel employed by Order of Court . Need to check back for status.

05/2011: TFR filed, hearing held and distribution to creditors made. Will file FA when checks have cleared.

Initial Projected Date Of Final Report (TFR):   December 31, 2011  
Current Projected Date Of Final Report (TFR):   March 17, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-00028 | | Trustee: | GLENN R. HEYMAN (330360) |
| --- | --- | --- | --- | --- |
| Case Name: | GRAWEY, JAMES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******99-65 - Money Market Account |
| Taxpayer ID #: | **-***6237 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ |
| | | | | | | Money Market Account Balance |
| 12/03/10 | {14} | Michigan Municipal Risk Management Authority | Partial PI settlement | 1242-000 | 25,000.00 | | 25,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 25,000.17 |
| 01/10/11 | {14} | Michigan Municipal League | Final payment of settlement for personal injury claim | 1242-000 | 40,000.00 | | 65,000.17 |
| 01/24/11 | | To Account #9200******9966 | Transfer to Checking Account | 9999-000 | | 45,000.00 | 20,000.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.80 | | 20,000.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,001.12 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,001.28 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,001.44 |
| 05/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 20,001.56 |
| 05/23/11 | | To Account #9200******9966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 20,001.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 65,001.56 | 65,001.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 65,001.56 | |
| | | | Subtotal | | 65,001.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $65,001.56 | $0.00 | |

{} Asset reference(s)

Printed: 08/19/2011 09:52 AM    V.12.57

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-00028 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | GRAWEY, JAMES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******99-66 - Checking Account |
| Taxpayer ID #: | **-***6237 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ |
| | | | | | | Checking Account Balance |
| 01/24/11 | | From Account #9200******9965 | Transfer to Checking Account | 9999-000 | 45,000.00 | | 45,000.00 |
| 01/24/11 | 101 | Dean Elliott and James Rasor | Special Counsel Fees | 3210-600 | | 19,594.88 | 25,405.12 |
| 01/24/11 | 102 | Dean Elliott and James Rasor | Special Counsel Expenses | 3220-610 | | 6,209.47 | 19,195.65 |
| 01/24/11 | 103 | James Grawey | Personal Injury Exemption | 8100-002 | | 19,000.00 | 195.65 |
| 02/28/11 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-00028  Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 28.65 | 167.00 |
| 05/23/11 | | From Account #9200******9965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 20,001.56 | | 20,168.56 |
| 05/23/11 | 105 | GLENN R. HEYMAN | Dividend paid 100.00% on $5,350.13, Trustee Compensation;  Reference: | 2100-000 | | 5,350.13 | 14,818.43 |
| 05/23/11 | 106 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,325.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,325.50 | 10,492.93 |
| 05/23/11 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $241.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 241.50 | 10,251.43 |
| 05/23/11 | 108 | Discover Bank | Dividend paid  4.12% on $11,789.74; Claim# 1; Account ending xxxx9855 | 7100-000 | | 485.85 | 9,765.58 |
| 05/23/11 | 109 | CONSUMERS ENERGY COMPANY | Dividend paid  4.12% on $356.05; Claim# 2; Filed: $356.05; Reference: | 7100-000 | | 14.67 | 9,750.91 |
| 05/23/11 | 110 | Roundup Funding, LLC | Dividend paid  4.12% on $15,607.40; Claim# 3; Account ending xxxx2616 Maryland Nat'l Bank NA | 7100-000 | | 643.17 | 9,107.74 |
| 05/23/11 | 111 | Chase Bank USA NA | Dividend paid  4.12% on $11,623.91; Claim# 4; Account ending xxxx2813 | 7100-000 | | 479.01 | 8,628.73 |
| 05/23/11 | 112 | Chase Bank USA NA | Dividend paid  4.12% on $6,856.87; Claim# 5; Account ending xxxx5475 | 7100-000 | | 282.57 | 8,346.16 |
| 05/23/11 | 113 | Chase Bank USA NA | Dividend paid  4.12% on $7,633.11; Claim# 6; Account ending xxxx5480 | 7100-000 | | 314.56 | 8,031.60 |
| 05/23/11 | 114 | Chase Bank USA NA | Dividend paid  4.12% on $3,662.82; Claim# 7; Account ending xxxx0234 | 7100-000 | | 150.94 | 7,880.66 |
| 05/23/11 | 115 | Chase Bank USA NA | Dividend paid  4.12% on $11,676.87; Claim# 8; Account ending xxxx8815 | 7100-000 | | 481.20 | 7,399.46 |
| 05/23/11 | 116 | Chase Bank USA NA | Dividend paid  4.12% on $8,771.98; Claim# 9; Account ending xxxx7407 | 7100-000 | | 361.49 | 7,037.97 |
| 05/23/11 | 117 | American Express Bank, FSB | Dividend paid  4.12% on $27,512.21; Claim# 10;  Account ending xxxx92002 | 7100-000 | | 1,133.76 | 5,904.21 |
| 05/23/11 | 118 | American Express Bank, FSB | Dividend paid  4.12% on $5,240.14; Claim# 11; | 7100-000 | | 215.94 | 5,688.27 |

Subtotals :       $65,001.56       $59,313.29

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 08/19/2011 09:52 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-00028 | | Trustee: | GLENN R. HEYMAN (330360) |
| Case Name: | GRAWEY, JAMES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******99-66 - Checking Account |
| Taxpayer ID #: | **-***6237 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Account ending xxxx81002 | | | | |
| 05/23/11 | 119 | American Express Bank, FSB | Dividend paid   4.12% on $35,828.94; Claim# 12;  Account ending xxxx11007 | 7100-000 | | 1,476.49 | 4,211.78 |
| 05/23/11 | 120 | PRA Receivables Management, LLC,Agt Portfolio Recovery Assoc | Dividend paid   4.12% on $26,501.53; Claim# 13; MBNA/Bank of America Account ending xxxx7730 | 7100-000 | | 1,092.11 | 3,119.67 |
| 05/23/11 | 121 | PRA Receivables Management, LLC Agt Portfolio Recovery Assoc | Dividend paid   4.12% on $10,385.80; Claim# 14; Filed: $10,385.80; Fleet/Bank of America Account ending xxxx2922 | 7100-000 | | 427.99 | 2,691.68 |
| 05/23/11 | 122 | Federated Financial Corp of America | Dividend paid   4.12% on $43,301.72; Claim# 15; Advanta account ending xxxx9016 | 7100-000 | | 1,784.44 | 907.24 |
| 05/23/11 | 123 | Fia Card Services, NA/Bank of America | Dividend paid   4.12% on $22,015.46; Claim# 16; Bank of America accounts xxxx5038/xxxx1127 | 7100-000 | | 907.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 65,001.56 | 65,001.56 | $0.00 |
| | | | Less: Bank Transfers | | 65,001.56 | 0.00 | |
| | | | Subtotal | | 0.00 | 65,001.56 | |
| | | | Less: Payments to Debtors | | | 19,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $46,001.56 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******99-65 | 65,001.56 | 0.00 | 0.00 |
| Checking # 9200-******99-66 | 0.00 | 46,001.56 | 0.00 |
| | $65,001.56 | $46,001.56 | $0.00 |